Order issued November 15, 2012         004971



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01565-CR
No. 05-11-01566-CR

CHRISTOPHER CHARLES SPENCER, Appellant

V.

THE STATE OF TEXAS, Appellee

## ORDER

Appellee's November 14, 2012 motion to accept tendered brief is **GRANTED**, and the brief given into the clerk's custody is **ORDERED** filed as of the date received.

_____
LANA MYERS
PRESIDING JUSTICE